**FILED**

FEB 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SAN FRANCISCO AIDS FOUNDATION; et al.,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; et al.,

Defendants - Appellants.

No. 25-4988

D.C. No. 4:25-cv-01824-JST
Northern District of California, Oakland

ORDER

Before: N.R. SMITH, NGUYEN, and SANCHEZ, Circuit Judges.

Proceedings in this matter shall be held in abeyance pending the Ninth Circuit's decision in *Thakur v. Trump*, No. 25-4249, the Supreme Court's decision in *Little, Governor of Idaho v. Hecox*, No. 24-38, or further order of this court. The parties shall file a joint status report within 14 days of the filing of each decision.

Oral argument in this matter, scheduled for February 10, 2026, in San Francisco, California, is hereby VACATED. The panel will retain jurisdiction in this matter.